# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>- v. -<br><br>**ABUL HUDA FAROUKI, et al.,**<br><br>**Defendants.** | **Case No: 1:18-cr-00346 (PLF)** |

## PROPOSED ORDER

Upon consideration of the parties' Joint Motion to Extend Stay of Special Master Proceeding, and for good cause shown, it is hereby ordered that said motion is granted. The Special Master proceeding will be stayed through December 4, 2019. The parties will provide an update to the Court no later than December 2, 2019.

**SO ORDERED.**

_____
Paul L. Friedman
Senior United States District Judge

DATE:

Copies to all counsel of record