UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | Criminal No. 18-0346 (PLF) |
| ) | |
| ABUL HUDA FAROUKI, ) | |
| MAZEN FAROUKI, and ) | |
| SALAH MAAROUF, ) | |
| ) | |
| Defendants. ) | |

ORDER

Upon consideration of the parties' Joint Motion to Dismiss Indictment [Dkt. No. 93] filed on December 2, 2019, it is hereby

ORDERED that the joint motion is GRANTED; and it is

FURTHER ORDERED that the indictment is DISMISSED without prejudice pursuant to Rule 48 of the Federal Rules of Criminal Procedure.

SO ORDERED.

DATE: December 3, 2019

PAUL L. FRIEDMAN
United States District Judge